UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00014-RJC

| | |
|---|---|
| DAVID GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER** comes before the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $ 8,250.00 for reasonable attorney's fees, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). If the United States Treasury Department determines that Plaintiff does not owe a federal debt, the Commissioner should accept Plaintiff's assignment of EAJA fees to counsel, and payment be made directly to counsel. Therefore, based upon the consent of the Parties, and good cause having been shown, the Consent Order is **GRANTED**.

**SO ORDERED.**

Signed: February 8, 2022

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge